# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

DERRIAN CARRUTHERS
Reg #14012-033                                                          PLAINTIFF

v.                          No: 1:19-cv-109-DPM

USA;  D. HENDRIX, Warden, FCC;
N. BURKE, Manager, FCC;  and
R. WHITE, Safety Manager, FCC                                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Motion, № 6, granted. FED. R. CIV. P. 41(a)(2). Carruthers's complaint will be dismissed without prejudice. The pending recommendation, № 3, is declined without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2019