IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DERRIAN CARRUTHERS
Reg #14012-033                                                          PLAINTIFF

v.                          No: 1:19-cv-109-DPM

USA; D. HENDRIX, Warden, FCC;
N. BURKE, Manager, FCC; and
R. WHITE, Safety Manager, FCC                                           DEFENDANTS

## JUDGMENT

Carruthers's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2019